UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHAUN JERMAINE ESTES                                                                          PLAINTIFF

v.                                     No. 2:20-CV-2091

KEVIN BOLIN, SCOTT NEWTON,
and KEITH SHELBY                                                                             DEFENDANTS

**OPINION AND ORDER**

Before the Court are Defendants' motion (Doc. 22) to compel and brief in support (Doc. 23). Plaintiff did not file a response. Defendants assert, and the Court agrees, that Plaintiff's responses to Defendants' first set of interrogatories were deficient. Plaintiff's objections to Defendants' discovery requests are without merit because Defendants' requests are relevant to Plaintiff's claims and Defendants' defenses. Plaintiff has also not responded to Defendants' requests for initial disclosures. Defendants' exhibits demonstrate that they have attempted to confer in good faith with Plaintiff according to Fed. R. Civ. P. 37(a) to obtain discovery without the necessity of court action. Plaintiff chose to procced in this Court and is reminded that he is bound by the same Rules and expectations as parties represented by counsel. Failure to meet obligations under the Rules may result in sanctions, up to and including dismissal.

IT IS THEREFORE ORDERED that Defendants' motion (Doc. 22) to compel is GRANTED. Plaintiff is instructed to respond to Defendants' discovery requests and provide initial disclosures without objection by March 1, 2021, or the case will be dismissed.

IT IS SO ORDERED this 17th day of February, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE